IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JAMAAL ALI BILAL**
 f/k/a John L. Burton,
 Petitioner,

v.         No. 3:06cv224/LAC/MD

**LUCY HADI, Secretary,**
 Florida Department of Children
 and Families,
 Respondent.
_____

**O R D E R**

 Upon consideration of the Report and Recommendation of the Magistrate Judge filed on October 6, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

 Accordingly, it is now ORDERED as follows:

 1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

 2. The respondent's motion to dismiss (doc. 12) is GRANTED.

 3. This § 2254 petition (doc. 1) is DISMISSED WITH PREJUDICE, and the clerk is directed to close the file.

 DONE AND ORDERED this 2nd day of November, 2006.

         *s/L.A. Collier*_____
         **LACEY A. COLLIER**

**SENIOR UNITED STATES DISTRICT JUDGE**